IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| TRACEY KINSEY, <br><br> Plaintiff, <br><br> v. <br><br> WHITE STAR SUPPLY, LLC, and <br> BRADFORD L. SHANKS, <br><br> Defendants. | CIVIL ACTION NO.: 2:24-cv-62 |

**O R D E R**

The parties filed a Joint Motion to Stay.  Doc. 22.  The parties ask for a stay up to and including January 31, 2025, in order to attempt to mediate a settlement in this case.  Id.  Upon review, the Court **GRANTS** the Joint Motion and **STAYS** the proceedings in this case up to and including January 31, 2025.  The parties are to advise the Court of the status of their mediation efforts on or before January 31, 2025.

**SO ORDERED**, this 6th day of November, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA