IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| TRACEY KINSEY, <br><br> Plaintiff, <br><br> v. <br><br> WHITE STAR SUPPLY, LLC, and BRADFORD L. SHANKS, <br><br> Defendants. | CIVIL ACTION NO.: 2:24-cv-62 |

**O R D E R**

The Court previously granted the parties' joint motion to stay discovery deadlines in this case until January 31, 2025. Doc. 23. The parties have informed the Court they have scheduled mediation in this case for February 21, 2025. The Court hereby **STAYS** the deadlines in this case until February 24, 2025. If by February 24, 2025, a stipulation of dismissal has not been filed or the parties have not notified the Court of a pending settlement, the Court **DIRECTS** the parties to attend a telephonic status conference at 3:00 P.M. on February 24, 2025.

**SO ORDERED**, this 22nd day of January, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA